UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW TORO, individually and on behalf of all others similarly situated,

                        Plaintiffs,

      -against-

CHOICE PET FOODS, INC.

                        Defendant.
-----------------------------------------------------------X

Case No. 1:23-cv-3104

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: February 12, 2024

New York, New York

Mars Khaimov Law, PLLC

By: _____

Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel.: 929.324.0717 (direct)
mars@khaimovlaw.com
*Attorneys for Plaintiff*

Blank Rome LLP

By: _____

Martin S. Krezalek, Esq.
1271 Avenue of the Americas
New York, New York 10020
martin.krezalek@blankrome.com
Phone: (212) 885-5130
*Attorneys for Defendant*

SO ORDERED: _____
U.S.D.J

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
February 20, 2024
New York, New York

4895-5040-3388.1